'DUMAS, Respondent, v. AUBURNDALE REALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by Alexander Dumas, Jr., against the Auburndale Realty Company.

PER CURIAM. Judgment and order affirmed, with costs.

BURR and THOMAS, JJ., dissent.

.DUNHAM, Respondent, v. SYLVIEUS et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 26, 1913.) Action by Erwin A. Dunham, as executor, etc., of Mary E. Dunham, deceased, against Frank A. Sylvieus and another.

PER CURIAM. Motion granted, with costs, unless within 20 days the appellant serves upon the respondent printed papers on appeal, which he may do upon payment of $10 costs of this motion, in which case motion is denied, without costs.

DURYEE v. REES & REES. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by John K. Duryee against Rees & Rees. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

DUSTIN, Respondent, v. CROWLEY, Appellant. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by Bentley Dustin against Michael J. Crowley. No opinion. Order affirmed, with $10 costs and disbursements.

DYKEMAN et al., Appellants, v. CARDONE, Respondent. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Action by Oliver J. Dykeman and another against Domenice B. Cardone. No opinion. Order affirmed, with $10 costs and disbursements.

EBLING, Respondent, v. BUFFALO LODGE, NO. 8, LOYAL ORDER OF MOOSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by Sophia Ebling, as administratrix, etc., against Buffalo Lodge, No. 8, Loyal Order of Moose. No opinion. Judgment affirmed, with costs.

. ECKERT, Respondent, v. TRUMAN, Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Action by Claudine Eckert against Clara M. Truman and another.

PER CURIAM. After entry of judgment, the judgment debtor may appeal by another attorney, without any substitution (Lusk v. Hastings, 1 Hill, 656; Cruikshank v. Goodwin, 66 Hun, 626, 20 N. Y. Supp. 757; Davis v. Solomon, 25 Misc. Rep. 695, 56 N. Y. Supp. 80). Mr. White's authority to represent Mrs. Truman in these proceedings had since the judg-

ment stands undisputed by Mr. Davenport, the former attorney of record. Plaintiff's motion to dismiss the appeal and to set aside the other proceedings taken in behalf of the appellant . is denied, but without costs. See, also, 143 N. Y. Supp. 1115.

ECKERT, Appellant, v. TRUMAN, Respondent, et al. (Supreme Court, Appellate Division, Second Department. October 10, 1913.) Action by Claudine Eckert against Clara M. Truman and George D. Nowland.

PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 143 N. Y. Supp. 1115.

RICH, J., not voting.

E. C. PALMER & CO., Limited, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 8, 1913.) Action by E. C. Palmer & Co., Limited, against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs.

In re EDICK'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. October 8, 1913.) In the matter of the estate of Jacob Henry Edick, deceased. No opinion. Motion granted, and appeal dismissed, with costs.

EDISON ELECTRIC ILLUMINATING CO. OF BROOKLYN v. HORACE E. FRICK CO. et al. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by the Edison Electric Illuminating Company of Brooklyn against the Horace E. Frick Company and others. No opinion. Judgment modified, so as to charge the lienors found to be entitled to the fund with only one half of the expenses of the reference, and judgment directed against the National Bank of Lebanon for the other half, and, as so modified, affirmed, without costs against the bank, but with one bill of costs and disbursements, except for printing the record, in favor of the Ajax Lead Coating Company, M. Goodwin & Co., Audley Clark Company, and Neal & Brinker Company against John V. Lindberg and the National Bridge Works, and without costs against the N. Ryan Company. Settle order before Mr. Justice THOMAS. See, also, 146 App. Div. 605, 131 N. Y. Supp. 125.

EISENSTAT v. MAHER. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by Selig Eisenstat against Edward Maher. No opinion. Motion denied, with $10 costs. Order filed. See, also, 143 N. Y. Supp. 1115.

EISENSTAT v. MAHER. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by Selig Eisenstat against Edward Maher. No opinion. Application denied, with 10 costs. Order signed. See, also, 143 N. Y. Supp. 1115.